**The Epstein Law Firm**
A Professional Association
340 West Passaic Street
Rochelle Park, New Jersey 07662
http://www.theepsteinlawfirm.com

Barry D. Epstein *
Michael J. Epstein * ◊
April M. Gilmore ◊
Domenica D. Hart ◊ ✿

Telephone: (201) 845-5962
Fax: (201) 845-5973

\* Certified by the Supreme Court of New Jersey
   as a Civil Trial Attorney
◊ Also Admitted in New York
✿ Also Admitted in Connecticut

February 20, 2009

*Conference adjourned to March 13, 2009 at 9:30 A.M.*

*So ordered*
*Cathy Seibel*
*2/20/09*

<u>Via Fax (914)390-4278</u>

Honorable Cathy Seibel
United States District Court
Southern District of New York
United States Courthouse
White Plains, New York 10601

  Re: *BCM Development, LLC v. Peter Oprandy, et al.*
    Case No: 08 civ. 9050 (CS)

Dear Judge Seibel:

  This letter will confirm that the case management conference set before you on February 23, 2009, at 9:45 a.m. has been adjourned to Friday, March 13, 2009, at a time to be assigned. The parties have essentially agreed upon the terms of the settlement which will be placed into a stipulation to be submitted to the Court as a consent order. We anticipate this will be accomplished well before the adjourned date.

  We thank you for your courtesies.

                Respectfully yours,

                BARRY D. EPSTEIN

BDE/ec

cc: William J. Mulligan, Jr., Esq. - (914)683-6956