UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BCM Development,

                    - against -

Oprandy,

------------------------------------------------------------X

**O R D E R**
08 Civ. 09050 (CS)

<u>Seibel, J.</u>

       It having been reported to this Court that this case has been settled, it is

       ORDERED that the above-captioned action be, and hereby is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

       SO ORDERED.

Dated: White Plains, New York
            March 12, 2009

                                                  _Cathy Seibel_
                                                  Cathy Seibel, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```