# MEMO ENDORSED

## The Epstein Law Firm
A Professional Association
340 West Passaic Street
Rochelle Park, New Jersey 07662
http://www.theepsteinlawfirm.com

Barry D. Epstein *
Michael J. Epstein * ◊
April M. Gilmore ◊
Shannon Carroll
James L. Fant ◊

* Certified by the Supreme Court of New Jersey
  as a Civil Trial Attorney
◊ Also Admitted in New York

Telephone: (201) 845-5962
Fax: (201) 845-5973

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/11

*[Handwritten:]* Conference adjourned to July 15, 2011 @ 11:30 AM

**So Ordered.**

*Cathy Seibel*
Cathy Seibel, U.S.D.J.
Dated: 5/25/11

May 24, 2011

<u>Via Fax 914-390-4278</u>
Honorable Cathy Seibel
United States District Court
Southern District of New York
Federal Building & United States Courthouse
300 Quarropas Street, Room 218
White Plains, NY  10601-4150

Re:  **BCM Development, LLC v. Peter Oprandy, et al.**
     **Civil Action No: 08 cv 9050 (CS)**

Dear Judge Seibel:

This office is in receipt of the Court notification of a pre-motion conference scheduled to be held on June 3, 2011 at 11:00 a.m.  I have long-standing plans to be out of the State from Thursday, June 2, through Sunday, June 6, on a family trip.  Under the circumstances, I would request an adjournment of approximately one week.  I have spoken to Mr. Mulligan and he does not object to this request.

Thank you for kind attention and understanding.

Respectfully yours,

*[Signature]*
BARRY D. EPSTEIN
bdepstein@theepsteinlawfirm.com

BDE/rm
cc:  William H. Mulligan, Jr., Esq.  *914-683-6956*