

E-FILED: 7/7/11

# The Epstein Law Firm
A Professional Association
340 West Passaic Street
Rochelle Park, New Jersey 07662
http://www.theepsteinlawfirm.com

**MEMO ENDORSED**

Barry D. Epstein *
Michael J. Epstein * ◊
April M. Gilmore ◊
Shannon Carroll
James L. Fant ◊

* Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
◊ Also Admitted in New York

Telephone: (201) 845-5962
Fax: (201) 845-5973

*Conference adjourned to August 3, 2011 @ 3:30 pm*

**So Ordered.**

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 7/6/11

July 6, 2011

**Via Fax 914-390-4278**
Honorable Cathy Seibel
United States District Court
Southern District of New York
Federal Building & United States Courthouse
300 Quarropas Street, Room 218
White Plains, NY 10601-4150

   Re: *BCM Development, LLC v. Peter Oprandy, et al.*
      *Civil Action No: 08 cv 9050 (CS)*
      *Motion Conference July 15, 2011 at 11:30 a.m.*

Dear Judge Seibel:

   As previously advised, this office represents BCM Development in the above matter, in which there is presently scheduled a pre-motion conference on July 15, 2011 at 11:30 a.m. Due to personal plans already made on that date, I am requesting a short adjournment of the conference.

   It is respectfully requested that the conference be rescheduled during the week of August 1, 2011. We have been advised that Your Honor is not available during the week of August 8th and I am not available the week of August 15th. If the matter is rescheduled during the week of August 1st, Mr. Mulligan does not object to this request. Both of our calendars are open that entire week.

   If we cannot be accommodated as requested above, then Mr. Mulligan and I agree the conference shall proceed on July 15, 2011.

**THE EPSTEIN LAW FIRM, P.A.**                                    **Page 2**

---

Thank you for kind attention and understanding.

Respectfully yours,

BARRY D. EPSTEIN
bdepstein@theepsteinlawfirm.com

BDE/rm
cc: William H. Mulligan, Jr., Esq. *914-683-6956*