## The Epstein Law Firm
A Professional Association
340 West Passaic Street
Rochelle Park, New Jersey 07662
http://www.theepsteinlawfirm.com

Barry D. Epstein *  
Michael J. Epstein * ◊  
April M. Gilmore ◊  
James L. Fant ◊

Telephone: (201) 845-5962  
Fax: (201) 845-5973

\* Certified by the Supreme Court of New Jersey  
   as a Civil Trial Attorney  
◊ Also Admitted in New York

August 19, 2011

**USDC SDNY**  
**DOCUMENT**  
**ELECTRONICALLY FILED**  
**DOC #:** _____  
**DATE FILED: 8/23/11**

***Via Fax 914-390-4278***  
***and Regular Mail***  
Honorable Cathy Seibel  
United States District Court  
Southern District of New York  
Federal Building & United States Courthouse  
300 Quarropas Street, Room 218  
White Plains, NY  10601-4150

     Re:  ***BCM Development, LLC v. Peter Oprandy, et al.***  
          ***Civil Action No: 08 cv 9050 (CS)***

Dear Judge Seibel:

    In connection with the conference before you on August 19th, I am enclosing an additional copy of my letter to you dated June 28, 2011, which you apparently did not have prior to my Court appearance.

    Thank you for your courtesies.

                               Respectfully yours,

                               BARRY D. EPSTEIN  
                             bdepstein@theepsteinlawfirm.com

BDE/rm  
Enclosure  
cc:  William H. Mulligan, Jr., Esq. *914-683-6956*