UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~X

BCM DEVELOPMENT, LLC,

                          Plaintiff,

- against -

PETER OPRANDY as trustee of THE OPRANDY
TRUST, and THE OPRANDY TRUST,

                          Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~X

**ECF CASE**

**Index No. 08 Civ. 9050 (CS)**

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE,** that upon the attached Affirmation of William H. Mulligan, Jr., affirmed on August 25, 2011, and upon the exhibits annexed thereto, and upon all the papers, pleadings and proceedings had herein, the undersigned will move this Court, before the Honorable Cathy Seibel, United States District Judge, 300 Quarropas Street, White Plains, New York 10601, on the 3rd day of October, 2011, for an Order granting the relief requested in said motion.

      **IT IS FURTHER AGREED**, by virtue of the schedule agreed upon in open Court on August 19, 2011, that Plaintiff's responding papers will be served no later than September 23, 2011, and Defendants' reply will be served no later than September 30, 2011.

      **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: White Plains, NY
       August 25, 2011

                                      BLEAKLEY PLATT & SCHMIDT, LLP

                  By:   William H. Mulligan, Jr. (WM-2945)
                          *Attorneys for Defendants*
                          One North Lexington Avenue
                          White Plains, New York 10601
                          Tel. (914) 949-2700
                          Fax (914) 683-6956

TO:  Barry D. Epstein, Esq.
     The Epstein Law Firm, P.A.
     *Attorneys for Plaintiff*
     340 West Passaic Street
     Rochelle Park, New Jersey 07762
     (201) 845-5962